Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
**Spencer Fane LLP**
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-938-8648
amehdi@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear *Pro Hac Vice*)
**Spencer Fane LLP**
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com
*Counsel to NPAS Solutions, LLC.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY WOODMAN,  )<br>  )<br> *Plaintiff*, )<br>  )<br> v. )<br>  )<br> NPAS SOLUTIONS, LLC, )<br>  )<br> *Defendant*. )<br>_____) | Case No. 2:22-cv-01540-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

1. Plaintiff Brittany Woodman ("Plaintiff"), and Defendant NPAS Solutions, LLC, ("NPAS Solutions") have agreed to extend the time for NPAS Solutions to file a Reply in Support of its Motion for Summary Judgment (ECF No. 23) to July 13, 2023. NPAS Solutions filed its Motion for Summary Judgment on June 1, 2023 and the current reply deadline is July 6, 2023.

2. The brief extension is requested due to counsel for NPAS Solutions having a professional conflict in the days surrounding the current reply deadline. Counsel has a bench trial set in St. Francis County, Missouri Circuit Court on July 6 and 7, 2023, which necessitates additional preparations on July 3-5.

3. This is the first request for an extension to reply to NPAS Solutions' Motion for Summary Judgment and this request is made in good faith and not for the purpose of delay.

Dated: June 28, 2023

| **CONSUMER ATTORNEYS** | **SPENCER FANE LLP** |
|---|---|
| /s/Beth Findsen | /s/Ayesha Mehdi |
| Beth Findsen, AZ #023205 | Megan D. Meadows, Esq. |
| (admitted pro hac vice) | *Admitted pro hac vice* |
| Consumer Attorneys | Spencer Fane LLP |
| 8245 N. 85th Way | 1N. Brentwood Blvd., Ste. 1200 |
| Scottsdale, AZ 85258 | St. Louis, MO 63105 |
| E: bfindsen@consumerattorneys.com | Tel: 314-333-3905 |
| P: (502) 807-6676 | Fax: 314-862-4656 |
|  | mmeadows@spencerfane.com |
| Michael Yancey III, NV #16158 | Ayesha R. Mehdi, Esq. |
| *Of Counsel for Price Law Group, APC* | Nevada Bar No. 13917 |
| **CONSUMER ATTORNEYS** | Spencer Fane LLP |
| 2300 West Sahara Ave., Ste. 800 | 300 South 4th St., Ste. 950 |
| Las Vegas, NV 89102 | Las Vegas, NV 89101 |
| E: myancey@consumerattorneys.com | Tel: 702-408-3400 |
| P: 480-573-9272 | Fax: 702-938-8648 |
| F: 718-715-1750 | amehdi@spencerfane.com |
| *Attorneys for Plaintiff* | *Counsel for NPAS Solutions, LLC* |
| *Brittany Woodman* |  |

**ORDER**

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED:    June 28, 2023