Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
**Spencer Fane LLP**
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-938-8648
amehdi@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear *Pro Hac Vice*)
**Spencer Fane LLP**
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com
*Counsel to NPAS Solutions, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY WOODMAN, ) | Case No. 2:22-cv-01540-GMN-DJA |
| ) | |
| *Plaintiff*, ) | **NPAS SOLUTIONS, LLC'S** |
| ) | **UNOPPOSED MOTION TO** |
| v. ) | **ALLOW REMOTE** |
| ) | **APPEARANCE OR** |
| NPAS SOLUTIONS, LLC, ) | **RESCHEDULE SETTLEMENT** |
| ) | **CONFERENCE** |
| *Defendant*. ) | |
| ) | **(First Request)** |

Defendant NPAS Solutions, LLC ("NPAS Solutions") and for its Unopposed Motion to Allow Remote Appearance or Reschedule Settlement Conference, states as follows:

1.  On July 19, 2023, the Court set this matter for an in-person settlement conference to occur on Monday, September 18, 2023 at 10:00 AM, in Las Vegas, Nevada. (*See* Doc. 30, Order Setting Settlement Conference.)

2.  The Order Setting Settlement Conference requires counsel and a representative with settlement authority to appear.

3.  NPAS Solutions' representative is located in Nashville, Tennessee, and has an unavoidable conflict such that he cannot be in-person in Las Vegas, Nevada on September 18, 2023, given the travel.

1     4.      NPAS Solutions requests one of two alternatives to accommodate its representative's constraints. The representative is available to attend the settlement conference remotely (via Zoom or telephone) should the Court prefer the settlement conference to proceed at the stated time. NPAS Solutions' counsel would appear in person.

    5.      Alternatively, all parties and counsel, including NPAS Solutions' representative, could appear in person on September 19, 2023, should the Court be available to hold the settlement conference on that date.

    6.      NPAS Solutions requests that it allow its representative to appear remotely on September 18, 2023, or alternatively, requests the Court to reset the Settlement Conference to September 19, 2023, should it require in person appearance.

    7.      Counsel for Plaintiff is agreeable to either relief requested herein by NPAS Solutions.

WHEREFORE, NPAS Solutions, LLC respectfully requests that this Honorable Court grant the instant motion and grant such other and further relief as this Court deems just and proper.

Dated: July 24, 2023

**SPENCER FANE LLP**

*/s/ Ayesha R. Mehdi*
Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
300 South 4th Street, Suite 950
Las Vegas, NV 89101
amehdi@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear *Pro Hac Vice*)
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com

*Counsel to NPAS Solutions, LLC*

IT IS SO ORDERED.  The settlement conference currently scheduled for September 18, 2023 is **CONTINUED** one day to **Tuesday, September 19, 2023 at 10:00 a.m.**

DATED: 7/31/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

On July 24, 2023, I certify that a true and correct copy of the foregoing UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE OR ALLOW REMOTE APPEARANCE was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

/s/ Jodi Peretz
An employee of Spencer Fane LLP