Michael Yancey III, NV # 16158
**Consumer Attorneys**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

Beth K. Findsen, AZ #023205
(*Admitted pro hac vice*)
**Consumer Attorneys**
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
P: (602) 807-6676

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Brittany Woodman, | Case No. 2:22-cv-01540-GMN-DJA |
| Plaintiff, | |
| v. | PLAINTIFF'S REQUEST FOR AN EXCEPTION TO ATTEND THE SETTLEMENT CONFERENCE |
| NPAS Solutions, LLC, | |
| Defendant. | |

Plaintiff Brittany Woodman, request for the Court to grant her exception to attend the Settlement Conference scheduled on September 19, 2023, at 10:00 AM due to her unforeseen hospitalization. The plaintiff is currently in the hospital and has no discharge date as of today.

Respectfully submitted.

Date: September 11, 2023

/s/ Beth K. Findsen
Beth K. Findsen, AZ # 023205
(*Admitted pro hac vice*)
CONSUMER ATTORNEYS
8245 N 895th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
P: (602) 807-6676

Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Ave, Suite 800
 Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff*
*Brittany Woodman*

**IT IS SO ORDERED**


DATE: _____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

COMPLAINT AND DEMAND
FOR JURY TRIAL

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the Court using ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the forgoing have not been provided via personal delivery or by postal mail.

CONSUMER ATTORNEYS
*/s/ Marie Tirona*

COMPLAINT AND DEMAND
FOR JURY TRIAL