Michael Yancey III, NV # 16158
**Consumer Attorneys**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

Beth K. Findsen, AZ #023205
(*Admitted pro hac vice*)
**Consumer Attorneys**
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
P: (602) 807-6676

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Brittany Woodman, <br><br> Plaintiff, <br><br> v. <br><br> NPAS Solutions, LLC, <br><br> Defendant. | Case No. 2:22-cv-01540-GMN-DJA <br><br> PLAINTIFF'S REQUEST FOR AN EXCEPTION TO ATTEND THE SETTLEMENT CONFERENCE |

Plaintiff Brittany Woodman, request for the Court to grant her exception to attend the Settlement Conference scheduled on September 19, 2023, at 10:00 AM due to her unforeseen hospitalization. The plaintiff is currently in the hospital and has no discharge date as of today.

Respectfully submitted.

| | |
|---|---|
| Date: September 11, 2023 | /s/ Beth K. Findsen <br> Beth K. Findsen, AZ # 023205 <br> (*Admitted pro hac vice*) <br> CONSUMER ATTORNEYS <br> 8245 N 895th Way <br> Scottsdale, AZ 85258 <br> E: bfindsen@consumerattorneys.com <br> P: (602) 807-6676 <br><br> Michael Yancey III, NV # 16158 <br> **CONSUMER ATTORNEYS** <br> 2300 West Sahara Ave, Suite 800 <br> Las Vegas, NV 89102 <br> E: myancey@consumerattorneys.com <br> P: 480-573-9272 <br> F: 718-715-1750 <br><br> Consumer Attorneys <br> 8245 N. 85th Way <br> Scottsdale, AZ 85258 <br><br> *Attorneys for Plaintiff* <br> *Brittany Woodman* |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion for exception from attendance at the settlement conference is DENIED.

**IT IS FURTHER ORDERED** that the settlement conference scheduled for Tuesday, September 19, 2023 is **VACATED** and will be reset.

**IT IS FURTHER ORDERED** that counsel shall meet and confer and submit five (5) alternative dates on which all required participants are available to attend the settlement conference. Counsel shall submit the dates via email to Kimberly_LaPointe@nvd.uscourts.gov by 5:00 p.m. on September 26, 2023.

DATED: 9/13/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

COMPLAINT AND DEMAND
FOR JURY TRIAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the Court using ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the forgoing have not been provided via personal delivery or by postal mail.

> CONSUMER ATTORNEYS
> */s/ Marie Tirona*