Michael Yancey III, NV # 16158
**Consumer Attorneys**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

Beth K. Findsen, AZ #023205
(admitted pro hac vice)
**Consumer Attorneys**
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
P: (602) 807-6676

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brittany Woodman, | Case No. 2:22-cv-01540-GMN-DJA |
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| v. | |
| NPAS Solutions, LLC, | |
| Defendant. | |

Plaintiff Brittany Woodman ("Plaintiff" or "Ms. Woodman"), with the stipulated consent of Defendant NPAS Solutions, LLC ("Defendant" or "NPAS"), respectfully moves the Court for an extension to file the Joint Pretrial Order and states the following in support thereof:

1. Plaintiff filed this lawsuit on September 14, 2022, alleging a Telephone Consumer Protection Act ("TCPA") claim against sole defendant, NPAS. [ECF. 1]

2. Defendant filed a Motion for Summary Judgement on June 1, 2023. [ECF. 22]

3. The Court entered the Oder Denying Defendant's Motion for Summary Judgment on November 20, 2023. [ECF. 38] Therein, the Court also ordered the parties to file a Proposed Joint Pretrial Order "within twenty-one days." *Id.*

4. The parties are working diligently to meet this deadline, but because of lost time due to the holidays and unforeseen family obligations on the part of counsel Michael Yancey III, the parties are unlikely to finalize the Proposed Joint Pretrial Order by the December 11, 2023, deadline.

5. The Court has not yet entered a Trial Setting Order.

6. Therefore, Plaintiff moves the Court for a one-week extension of the deadline to file the Proposed Joint Pretrial Order to December 18, 2023.

7. The undersigned has conferred with counsel for Defendant and acquired Defendant's consent to this requested extension.

For the foregoing reasons, Plaintiff respectfully moves the Court for an order extending the deadline to file the Joint Pretrial Order to December 18, 2023.

| | |
|---|---|
| Date: December 8, 2023 | */s/ Beth K. Findsen*<br>Beth K. Findsen, AZ # 023205<br>(admitted pro hac vice)<br>CONSUMER ATTORNEYS<br>8245 N 895th Way<br>Scottsdale, AZ 85258<br>E: bfindsen@consumerattorneys.com<br>P: (602) 807-6676<br><br>Michael Yancey III, NV # 16158<br>**CONSUMER ATTORNEYS**<br>2300 West Sahara Ave, Suite 800<br>Las Vegas, NV 89102<br>E: myancey@consumerattorneys.com<br>P: 480-573-9272<br>F: 718-715-1750<br><br>Consumer Attorneys<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorneys for Plaintiff*<br>*Brittany Woodman* |

## **CERTIFICATES OF SERVICE**

I hereby certify that on December 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Brianna Frohman*

1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brittany Woodman, | Case No. 2:22-cv-01540-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| NPAS Solutions, LLC, | |
| Defendant. | |

Upon review of the Motion to Extend Deadline to File Joint Pretrial Order, and good cause appearing;

**IT IS ORDERED** that the Motion is **GRANTED**.

The deadline to file the Joint Pretrial Order is extended through and including December 18, 2023.

SO ORDERED this __11th__ day of ___December___, 2023.

BY THE COURT:

_____
The Honorable Gloria M. Navarro
U.S. District Court Judge

1

*Woodman v. NPAS*
Order