Michael Yancey III, NV # 16158
**Consumer Attorneys**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

Beth K. Findsen, AZ #023205
(*admitted pro hac vice*)
**Consumer Attorneys**
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
P: (602) 807-6676
*Attorneys for Plaintiff*

Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
**Spencer Fane LLP**
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-938-8648
amehdi@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear *Pro Hac Vice*)
**Spencer Fane LLP**
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brittany Woodman, | Case No. 2:22-cv-01540-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL** |
| v. | |
| NPAS Solutions, LLC, | |
| Defendant. | |

1  COME NOW Plaintiff Brittany Woodman and Defendant NPAS Solutions, LLC and stipulate to a continuance of trial in this action currently set for a Jury Trial beginning on **June 17, at 8:30 a.m.** For the reasons explained below, good cause exists to grant the relief requested in this Stipulation.

Pursuant to the April 16, 2024, email from the Courtroom Administrator to Honorable Gloria M. Navarro, Nick Vaglio, the Court does not currently have availability for the Trial on the previously scheduled date and requested that the parties stipulate to a continuance.

For the foregoing reason, the Parties respectfully request that the Jury Trial in this action be vacated and continued to a mutually convenient date for all Parties and the Court approximately 90 days from June 17, 2024, or as soon thereafter as possible.

Date: April 19, 2024

| CONSUMER ATTORNEYS | SPENCER FANE LLP |
|---|---|
| /s/Beth Findsen<br>Beth Findsen, AZ #023205<br>(admitted pro hac vice)<br>Consumer Attorneys<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>E: bfindsen@consumerattorneys.com<br>P: (502) 807-6676<br><br>Michael Yancey III, NV #16158<br>*Of Counsel for Price Law Group, APC*<br>**CONSUMER ATTORNEYS**<br>2300 West Sahara Ave., Ste. 800<br>Las Vegas, NV 89102<br>E: myancey@consumerattorneys.com<br>P: 480-573-9272<br>F: 718-715-1750<br><br>*Attorneys for Plaintiff* | */s/Ayesha Mehdi*<br>Megan D. Meadows, Esq.<br>*Admitted pro hac vice*<br>Spencer Fane LLP<br>1N. Brentwood Blvd., Ste. 1200<br>St. Louis, MO 63105<br>Tel: 314-333-3905<br>Fax: 314-862-4656<br>mmeadows@spencerfane.com<br><br>Ayesha R. Mehdi, Esq.<br>Nevada Bar No. 13917<br>Spencer Fane LLP<br>300 South 4th St., Ste. 950<br>Las Vegas, NV 89101<br>Tel: 702-408-3400<br>Fax: 702-938-8648<br>amehdi@spencerfane.com<br><br>*Attorneys for NPAS Solutions, LLC* |

*Woodman v. NPAS*
Stipulation to Continue Trial

ORDER

IT IS HEREBY ORDERED that the jury trial on a stacked calendar is rescheduled for October 7, 2024, at 8:30 a.m. in Courtroom 7D. IT IS FURTHER ORDERED the Calendar Call is reschedule for October 1, 2024, at 9:00 a.m in Courtroom 7D.

DATED: __April 19, 2024_____

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

On April 19, 2023, I certify that a true and correct copy of the foregoing STIPULATION TO CONTINUE TRIAL was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

*/s/ Marie Tirona*

*Woodman v. NPAS*
Stipulation to Continue Trial

- 3 -