Michael Yancey III, NV # 16158
**Consumer Attorneys**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

Beth K. Findsen, AZ #023205
(admitted pro hac vice)
**Consumer Attorneys**
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
P: (602) 807-6676

Attorneys for Plaintiff

Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
Spencer Fane LLP
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-938-8648
amehdi@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear Pro Hac Vice)
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brittany Woodman,<br><br>    Plaintiff,<br><br>v.<br><br>NPAS Solutions, LLC,<br><br>    Defendant. | Case No. 2:22-cv-01540-GMN-DJA<br><br>**STIPULATION TO CONTINUE TRIAL** |

COME NOW Plaintiff Brittany Woodman and Defendant NPAS Solutions, LLC and stipulate to a continuance of the trial in this action currently set for a Jury Trial beginning on **October 7, at 8:30 a.m.** For the reasons explained below, good cause exists to grant the relief requested in this Stipulation.

Pursuant to the July 31, 2024, Status Conference, the Parties were informed that the Trial will not commence on October 7, 2024, due to information technology upgrade in the courtroom.

For the foregoing reason, the Parties respectfully request that the Jury Trial in this action be vacated and continued from October 7, 2024, at 8:30 a.m. to **January 27, 2025** (or a date mutually convenient for the Court and parties thereafter).

Date: August 1, 2024

| | |
|---|---|
| */s/ Beth K. Findsen*<br>Beth K. Findsen, AZ # 023205<br>(admitted pro hac vice)<br>CONSUMER ATTORNEYS<br>8245 N 895th Way<br>Scottsdale, AZ 85258<br>E: bfindsen@consumerattorneys.com<br>P: (602) 807-6676 | */s/ Megan D. Meadows*<br>Megan D. Meadows, Esq.<br>(Admitted to Appear Pro Hac Vice)<br>**Spencer Fane LLP**<br>1 N. Brentwood Blvd., Suite 1200<br>St. Louis, MO 63105<br>Tel: 314-333-3905 |

| | |
|---|---|
| Michael Yancey III, NV # 16158<br>**CONSUMER ATTORNEYS**<br>2300 West Sahara Ave, Suite 800<br>Las Vegas, NV 89102<br>E: myancey@consumerattorneys.com<br>P: 480-573-9272<br>F: 718-715-1750<br><br>Consumer Attorneys<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorneys for Plaintiff*<br>*Brittany Woodman* | Fax: 314-862-4656<br>mmeadows@spencerfane.com<br><br>Ayesha R. Mehdi, Esq.<br>Nevada Bar No. 13917<br>**Spencer Fane LLP**<br>300 South 4th Street, Suite 950<br>Las Vegas, NV 89101<br>Tel: 702-408-3400<br>Fax: 702-938-8648<br>amehdi@spencerfane.com<br><br>*Attorneys for Defendant,*<br>*NPAS Solutions, LLC* |

**IT IS SO ORDERED**

IT IS HEREBY ORDERED that the jury trial on a stacked calendar is rescheduled for January 27, 2025, at 8:30 AM in Courtroom 7D. IT IS FURTHER ORDERED that Calendar Call is rescheduled for January 21, 2025, at 9:00 AM in Courtroom 7D.

DATE:

_____
GLORIA M. NAVARRO
UNITED STATE DISTRICT JUDGE

## CERTIFICATE OF SERVICE

On August 1, 2024, I certify that a true and correct copy of the foregoing STIPULATION TO CONTINUE TRIAL was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

*/s/ Marie Tirona*