Michael Yancey III, NV # 16158
**Consumer Attorneys**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

Beth K. Findsen, AZ #023205
(admitted pro hac vice)
**Consumer Attorneys**
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
P: (602) 807-6676

Attorneys for Plaintiff

Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
Spencer Fane LLP
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-938-8648
amehdi@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear Pro Hac Vice)
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brittany Woodman,<br><br>   Plaintiff,<br><br>v.<br><br>NPAS Solutions, LLC,<br><br>   Defendant. | Case No. 2:22-cv-01540-GMN-DJA<br><br>**STIPULATION TO REMOTE WITNESS ATTENDANCE** |

COME NOW Plaintiff Brittany Woodman ("Plaintiff") and Defendant NPAS Solutions, LLC ("Defendant") and stipulate that the attendance of Plaintiff and Defendant's corporate designee witness at trial may be via videoconference.

With respect to the upcoming jury trial commencing January 27, 2025, the Parties have briefed the Court on the remote appearance of Plaintiff and Defendant's corporate designee (ECF Docs. 58 and 59), and more recently in Plaintiff's reply (ECF Doc. 60). Plaintiff states that she no longer opposes Defendant's motion that its corporate witness be allowed to testify via videoconference. Defendant no longer opposes Plaintiff's motion that she be allowed to testify via videoconference.

For the foregoing reasons, the Parties respectfully stipulate and request that the Court allow Plaintiff Brittany Woodman and Defendant NPAS Solutions, LLC's corporate witness, to testify at trial via videoconference.

Date: January 8, 2025

| | |
|---|---|
| */s/ Beth K. Findsen*<br>Beth K. Findsen, AZ # 023205<br>(admitted pro hac vice)<br>CONSUMER ATTORNEYS<br>8245 N 895th Way<br>Scottsdale, AZ 85258<br>E: bfindsen@consumerattorneys.com<br>P: (602) 807-6676<br><br>Michael Yancey III, NV # 16158<br>**CONSUMER ATTORNEYS**<br>2300 West Sahara Ave, Suite 800<br>Las Vegas, NV 89102<br>E: myancey@consumerattorneys.com<br>P: 480-573-9272<br>F: 718-715-1750<br><br>Consumer Attorneys<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorneys for Plaintiff*<br>*Brittany Woodman* | */s/ Megan D. Meadows*<br>Megan D. Meadows, Esq.<br>(Admitted to Appear Pro Hac Vice)<br>**Spencer Fane LLP**<br>1 N. Brentwood Blvd., Suite 1200<br>St. Louis, MO 63105<br>Tel: 314-333-3905<br>Fax: 314-862-4656<br>mmeadows@spencerfane.com<br><br>Ayesha R. Mehdi, Esq.<br>Nevada Bar No. 13917<br>**Spencer Fane LLP**<br>300 South 4th Street, Suite 950<br>Las Vegas, NV 89101<br>Tel: 702-408-3400<br>Fax: 702-938-8648<br>amehdi@spencerfane.com<br><br>*Attorneys for Defendant,*<br>*NPAS Solutions, LLC* |

The Stipulation, (ECF No. 63) is **GRANTED**. The Motion to Appear Remotely, (ECF No. 58), is **DENIED as MOOT.**

**IT IS SO ORDERED.**

DATE: January 8, 2025.

_____
GLORIA M. NAVARRO
UNITED STATE DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

On January 8, 2025, I certify that a true and correct copy of the foregoing STIPULATION TO REMOTE WITNESS ATTENDANCE was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

*/s/ Marie Tirona*
