Michael Yancey III, NV # 16158
**Consumer Justice Law Firm PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
P: 480-573-9272
F: 480-613-7733

Beth K. Findsen, AZ #023205
(*admitted pro hac vice*)
**Consumer Justice Law Firm PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerjustice.com
P: (602) 807-6676

*Attorneys for Plaintiff*

Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
Mary E. Bacon, Esq.
Nevada Bar No. 12686
**Spencer Fane LLP**
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-938-8648
amehdi@spencerfane.com
mbacon@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear Pro Hac Vice)
**Spencer Fane LLP**
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com

*Attorneys for Defendant*

1

*Woodman v. NPAS Solutions, LLC*
Joint Stipulation Regarding Remote Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brittany Woodman, | Case No. 2:22-cv-01540-GMN-DJA |
| Plaintiff, | **JOINT PROPOSED STATEMENT REGARDING PLAINTIFF AND DEFENDANT APPEARING REMOTELY** |
| v. | |
| NPAS Solutions, LLC, | |
| Defendant. | |

Plaintiff Brittany Woodman and NPAS Solutions, LLC propose the following statement regarding the Plaintiff and Defendant appearing remotely:

Plaintiff Brittany Woodman will be testifying via video remotely from Florida. She has significant medical problems that prevent her from traveling or even leaving her apartment without a caregiver. The Court has approved her video appearance.

Defendant's representative, Demetrius "DeeDee" Bullitt, will be testifying via video remotely from Kentucky. She requested the accommodation to save travel time and expense. The court has approved her video appearance.

Date: January 24, 2025

/s/ Beth K. Findsen
Beth K. Findsen, AZ # 023205
(admitted pro hac vice)
Consumer Justice Law Firm PLC
8095 N 895th Way
Scottsdale, AZ 85258
E: bfindsen@consumerjustice.com
P: (602) 807-6676

*Attorneys for Plaintiff Brittany Woodman*

/s/ Megan D. Meadows
Megan D. Meadows, Esq.
(Admitted to Appear Pro Hac Vice)
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com

*Attorneys for Defendant*

**CERTIFICATES OF SERVICE**

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Marie Tirona*

**ORDER**

IT IS SO ORDERED that this statement is stipulated to by the Parties and the Court shall read this statement to the jury at the appropriate times during the trial proceedings.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2025.