# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Brittany Woodman,

        Plaintiff,

v.

NPAS Solutions, LLC,

        Defendant.

Case No. 2:22-cv-01540-GMN-DJA

**VERDICT FORM**

✓ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
COUNSEL/PARTIES OF RECORD

**JAN 2 9 2025**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1

*Woodman v. NPAS Solutions, LLC*
Verdict Form

NOTE: Your answers to the questions submitted to you must be unanimous. Unless all of you agree, you may not return an answer to any question.

## SPECIAL INTERROGATORY QUESTIONS

**Question No. 1:**

After April 26, 2021, did Defendant NPAS Solutions, LLC call Plaintiff and leave pre-recorded or artificial voice messages regarding the collection of a debt on behalf of Southern Hills Hospital and Medical Center?

☑Yes        or        ☐No

*If Yes, please proceed to Question 2.*

*If No, your verdict is for Defendant on all claims. Please check the box for Defendant on General Verdict Form Questions 1-4 and 7, have the foreperson sign at the bottom, and contact the Court Security Officer (CSO) to let the Court know that you have finished deliberations.*

**Question No. 2:**

After April 26, 2021, how many times did Defendant call Plaintiff and leave pre-recorded or artificial voice messages regarding the collection of a debt on behalf of Southern Hills Hospital and Medical Center?

Number of times: _____4_____

*Please proceed to General Verdict Form.*

*Woodman v. NPAS Solutions, LLC*
*Verdict Form*

- 2 -

**GENERAL VERDICT FORM**

1. On the claim of Plaintiff Brittany Woodman against Defendant NPAS Solutions, LLC, for violation of the **Telephone Consumer Protection Act**, we, the undersigned jurors, find in favor of (check one):

☑Plaintiff    or    ☐Defendant

2. On the claim of Plaintiff Brittany Woodman against Defendant NPAS Solutions, LLC, for violation of 15 U.S.C. **§ 1692c(a)(2)** of the **Fair Debt Collection Practice Act**, we, the undersigned jurors, find in favor of (check one):

☑Plaintiff    or    ☐Defendant

3. On the claim of Plaintiff Brittany Woodman against Defendant NPAS Solutions, LLC, for violation of 15 U.S.C. **§ 1692d** of the **Fair Debt Collection Practice Act**, we, the undersigned jurors, find in favor of (check one):

☑Plaintiff    or    ☐Defendant

4. On the claim of Plaintiff Brittany Woodman against Defendant NPAS Solutions, LLC, for violation of 15 U.S.C. **§ 1692f** of the **Fair Debt Collection Practice Act**, we, the undersigned jurors, find in favor of (check one):

☑Plaintiff    or    ☐Defendant

*Woodman v. NPAS Solutions, LLC*
*Verdict Form*

*Note: Fill in the blank in Paragraph 5 below only if you found in favor of Plaintiff Brittany Woodman in any of the Questions 2-4 above.*

5.    We, the undersigned jurors, assess the actual damages of Plaintiff Brittany Woodman for her claim against Defendant NPAS Solutions, LLC for violation of the **Fair Debt Collection Practice Act** in the following amount:

Actual Damages $ 20, 000

*Note: Fill in the blank in Paragraph 6 below only if you found in favor of Plaintiff Brittany Woodman in any of the Questions 2-4 above.*

6.    We, the undersigned jurors, assess the statutory additional damages of Plaintiff Brittany Woodman for her claim against Defendant NPAS Solutions, LLC in the following amount:

Statutory Damages $ 1, 000
(AN AMOUNT BETWEEN $0 AND $1,000)

7.    On the claim of Plaintiff Brittany Woodman against Defendant NPAS Solutions, LLC, for **Intrusion Upon Seclusion** under Nevada law, we, the undersigned jurors, find in favor of (check one):

☑Plaintiff    or    ☐Defendant

*Woodman v. NPAS Solutions, LLC*
*Verdict Form*

- 4 -

1  *Note: Fill in the blank in Paragraph 8 below only if you found in favor of Plaintiff*
2  *Brittany Woodman in Question 7 above.*

3

4       8.      We, the undersigned jurors, assess the actual damages of Plaintiff Brittany
5  Woodman for her claim against Defendant NPAS Solutions, LLC for intrusion upon
6  seclusion in the following amount:
                                              K.P
7       Actual Damages $   ~~700.00~~  $1200

8

9

10      You have completed the verdict form. Please have the foreperson sign at the
11 bottom and contact the Court Security Officer (CSO) to let the Court know that you have
12 finished deliberations.

13

14

15  01/29/2025
16  Date                              Foreperson

17

18

19

20

21

22

23

24

25

26

27

28                                                    *Woodman v. NPAS Solutions, LLC*
                                                                    *Verdict Form*

- 5 -