AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Brittany Woodman

    Plaintiff,

v.

NPAS Solutions, LLC

    Defendant,

JUDGMENT IN A CIVIL CASE

Case Number:  2:22-cv-01540-GMN-DJA

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

____ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Plaintiff Brittany Woodman against Defendant NPAS Solutions LLC, in the amount of $22,200.

1/29/2025
Date

DEBRA K. KEMPI
Clerk

/s/  CAH
Deputy Clerk