Michael Yancey III, NV # 16158
**Consumer Justice Law Firm**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
P: 480-573-9272
F: 718-715-1750

Beth K. Findsen, AZ #023205
(admitted pro hac vice)
**Consumer Justice Law Firm**
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerjustice.com
P: (602) 807-6676

Attorneys for Plaintiff

Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Spencer Fane LLP
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-938-8648
amehdi@spencerfane.com
mbacon@spencerfane.com

Megan D. Meadows, Esq.
(Admitted to Appear Pro Hac Vice)
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Tel: 314-333-3905
Fax: 314-862-4656
mmeadows@spencerfane.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brittany Woodman, <br><br> Plaintiff, <br><br> v. <br><br> NPAS Solutions, LLC, <br><br> Defendant. | Case No. 2:22-cv-01540-GMN-DJA <br><br> **STIPULATION REGARDING STAY OF EXECUTION OF JUDGMENT AND SETTING BOND AMOUNT** |

COME NOW Plaintiff Brittany Woodman and Defendant NPAS Solutions, LLC and stipulate to a stay of execution of the Court's judgment dated January 29, 2025 (Doc. 97) and the Order granting an award of attorney's fees and costs dated September 18, 2025 (Doc. 123). In support of the stipulation, the parties state as follows:

1. Plaintiff was awarded a judgment in the amount of $22,200 after the jury trial on January 29, 2025 (the "Judgment").

2. On August 21, 2025, the Judgment became final after the denial of Defendant's post-trial motions.

3. On September 19, 2025, Defendant filed a Notice of Appeal and an emergency Motion for Stay of Execution of Judgment in order to halt any collection efforts on the Judgment during the pendency of the appeal. (Docs. 124 and 125.)

4. At the same time Defendant filed the emergency motion, Magistrate Weksler granted Plaintiff an award of attorney's fees and costs in an Order dated September 18, 2025, in the amount of $92,290.98. (Doc. 123.)

5. In light of the attorney's fee and cost award, counsel have conferred and agree to stay the execution of the Judgment and fee award, in exchange for Defendant posting a supersedeas bond of $115,000.00.

6. Defendant is in the process of having the bond issued and will post the same on or before October 2, 2025.

7. Good cause exists to issue the stay given the pending appeal and for all the reasons stated in Defendant's emergency motion (Doc. 125.)

Based on the foregoing, the Court hereby ORDERS that the Judgment dated January 29, 2025 (Doc. 97) and the Order granting an award of attorney's fees and costs dated September 18, 2025 (Doc. 123) are hereby stayed pending appeal, contingent upon Defendant posting a supersedeas bond in the amount of $115,000.00 on or before October 2, 2025. It is FURTHER ORDERED that Defendant's Motion for Stay, (Doc. 125), is DENIED as MOOT.

**IT IS SO ORDERED**

DATE: __September 22, 2025__

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

*Woodman v. NPAS Solutions, LLC*
Stipulation to Stay of Execution of Judgment

SL 7184139.1

Submitted on: September 22, 2025

| | |
|---|---|
| /s/ Beth K. Findsen<br>Beth K. Findsen, AZ # 023205<br>(admitted pro hac vice)<br>**CONSUMER JUSTICE LAW FIRM**<br>8245 N 895th Way<br>Scottsdale, AZ 85258<br>E: bfindsen@consumerjustice.com<br>P: (602) 807-6676<br><br>Michael Yancey III, NV # 16158<br>**CONSUMER JUSTICE LAW FIRM**<br>2300 West Sahara Ave, Suite 800<br>Las Vegas, NV 89102<br>E: myancey@consumerjustice.com<br>P: 480-573-9272<br>F: 718-715-1750<br><br>*Attorneys for Plaintiff*<br>*Brittany Woodman* | /s/ Mary E. Bacon<br>Ayesha R. Mehdi, Esq.<br>Nevada Bar No. 13917<br>Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>**Spencer Fane LLP**<br>300 South 4th Street, Suite 950<br>Las Vegas, NV 89101<br>Tel: 702-408-3400<br>Fax: 702-938-8648<br>amehdi@spencerfane.com<br>mbacon@spencerfane.com<br><br>Megan D. Meadows, Esq.<br>(Admitted to Appear Pro Hac Vice)<br>**Spencer Fane LLP**<br>1 N. Brentwood Blvd., Suite 1200<br>St. Louis, MO 63105<br>Tel: 314-333-3905<br>Fax: 314-862-4656<br>mmeadows@spencerfane.com<br><br>*Attorneys for Defendant,*<br>*NPAS Solutions, LLC* |

## **CERTIFICATE OF SERVICE**

On September 22, 2025, I certify that a true and correct copy of the foregoing STIPULATION TO STAY EXECUTION OF JUDGMENT AND SETTING BOND AMOUNT was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

*/s/ Adam Miller*